## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL SARTISKY** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:14-cv-01125-KDE-MBN** |
| **LOUISIANA ENDOWMENT FOR THE HUMANITIES** | * | **SECTION "N"** |
| | * | **MAGISTRATE 5** |

\* \* \* \* \* \* \* \*

## MOTION TO ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Michael Sartisky, who, moves this Honorable Court to enroll Marynell L. Piglia (La. Bar No. 20329) of the law firm of Lowe, Stein, Hoffman, Allweiss & Hauver, L.L.P., as counsel for plaintiff. Michael R. Allweiss will remain as lead counsel of record in these proceedings.

        Respectfully submitted,

        LOWE, STEIN, HOFFMAN,
         ALLWEISS & HAUVER, L.L.P.

  */s/ Michael R. Allweiss*
**MICHAEL R. ALLWEISS (#2425)**
**MELANIE LOCKETT (#30601)**
**701 Poydras Street, Suite 3600**
**New Orleans, Louisiana 70139-7735**
**Email:MAllweiss@lowestein.com**
**(504) 581-2450**
**(504) 581-2461 (Fax)**
**Attorneys for Michael Sartisky**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding accepting service electronically via the CM/ECF or by hand delivery, fax, Federal Express, or U.S. Mail, postage prepaid and properly addressed to those who are not, on this 28th day of August, 2014.

　　　　　　　　　　　　　　　　　　*/s/ Michael R. Allweiss*
　　　　　　　　　　　　　　　　　　**MICHAEL R. ALLWEISS**